## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Liberty Place Retail Assoc, Phila :    **CASES CONSOLIDATED**
Liberty Place LP, PA - 1601 Market :
Street LIM, Independence Center :
Realty LP, CR 1700 Property Owner :
LLC, Cummins Ellen-Deane, :
SRI Eleven 1818 Market LLC, :
Bellevue Associates, 1760 Market :
Partners, L.P., 1912-20 Arch Street :
Associates, L.P., 2040 Market Street :
Associates Owner, L.P., Panco CC :
Rittenhouse Row Exchange, LP and :
Rittenhouse Row Investors, L.P ., :
William Penn House, Inc., :
Rittenhouse Plaza, Inc., :
1326 Chestnut Owner LLC, BJP 1021 :
Owner LLC, BJP 106-114 Owner LLC, :
Thomas Jefferson University, :
BJP 123-127 Owner LLC, :
BJP 15-21 Owner LLC, :
BJP Chestnut Owner LLC, :
Rittenhouse Claridge LP, :
1627 PS Associates LP, :
South 12th Street Owner L, :
2400 Locust Associates, :
2901 Welsh Road Associate, :
3-05 Chester A V LLC, :
306 South Street Owner LLC, :
308 South Street Owner LLC, :
4100 Longshore Ave Longshore Arms, :
4333 Kelly Drive Assc. LP, :
509 Vine St. TCE LP., a PA Limited :
Partnership, :
524 South Street Owner LLC, :
526 South Street Owner LLC, :
530 South Street Owner LLC, :
538 South Street Owner LLC, :
700 South Street Owner LLC, :
777 South Broad Street Associates, :

7th St. Chestnut Associates,                  :
909 Group LP,                                 :
AL RE Properties LLC,                         :
Algonquin Associates,                         :
Andover Court Apartments,                     :
AP Rad Venture,                               :
Archworks Philadelphia LLC and               :
Archworks Investment LP,                      :
Awbury Apts 2013 LP,                          :
Bainbridge SR, Barrie Place 2002 LP,         :
Belmont Investments 2012,                     :
Beyerwood 95 Realty Assoc,                    :
Borinquen Plaza Assoc,                        :
Bradford Ryan 86 Assoc,                       :
Broad and Pine Associates,                    :
Broad and South Associates,                   :
Broad and Spruce Associates,                  :
Broad Plaza LP, Broadmore 2004 LP,           :
Centra Associates,                            :
Centra Associates LP,                         :
Chapel Croft Holdings LP,                     :
Charter Court Apartments,                     :
Cheswal LP, Cheswal LPP,                      :
Cliveden 2002 LP,                             :
Cliveden Wayne Associates,                    :
Congress Hall 2004 LP,                        :
Corporation of the Presiding Bishop,          :
Crestwood Properties 2004 Matzmiach           :
Yeshua LLC, Delaware Avenue LLC,             :
Delaware Valley Real Estate,                  :
Domino Lane Partners LP,                      :
EasyFine Asia Ltd.,                           :
Edmund Street Properties,                     :
Elkins Apartment Partners,                    :
Everett Court Associates,                     :
Fairfield Aprts 2014 LP,                      :
Fernhill Park Apartments,                     :
Foodarama Markets,                            :
Gateway Enclave LP,                           :
Giannascoli Realty Group,                     :

Goldmont Realty Corp.,                          :
Green Lion Group LLC,                           :
H R Brainbridge,                                :
Hampshire House Investments and                 :
Hampshire House Partners,                        :
Hedley Street LLP,                              :
Hill House Apartment Assoc,                      :
HMC OLS II LP, Honey Nuts LLC,                   :
JAR Chocolate Works LP,                         :
JAR Packard Property LP,                        :
JAR Strawberry Court LP,                        :
JAR Trinity LP, JAR Waterfront LP,               :
Johnson Court Investors LP and                  :
Johnson Court Partners LP,                       :
Kentwood Associates Inc.,                       :
L B Real Estate Holdings,                       :
L3C Alden Park Apartments TIC I LLC, :
Langdon 2007 Associates and                     :
Langdon Street Investment,                       :
Lawndale 99 Associates L,                       :
Level Place Owner LLC and                        :
ECU2002 Passyunk LLC,                           :
Lobro Associates,                               :
Medary Court Apts LP,                           :
Michael Axelrod TR,                             :
Michael Young Trust,                            :
Mighty Richmond House LLC,                       :
MPD Management Co.,                             :
MREF401 LP, Mutual Associates LTD, :
Netherfield Corporation,                        :
Northeast Apart Assoc LP and                    :
Bassman Family LP NE LLC,                       :
One Riverside Associates,                        :
Overseers of Public School William              :
Penn Charter School,                            :
Oxford Apartment Partners LP,                    :
Oxford Manor 2002 LP,                           :
Parametric Garage Associates,                    :
Park Bradford Apartments,                        :
Parker Place Partners LP,                        :

| | |
|---|---|
| Parkside Walnut LLC, | : |
| Paseo Verde New Market LP, | : |
| Phila Auth Ind Dev, | : |
| Phila Auth Ind Dev c/o Atwen Assoc, | : |
| Phi1Pe1m North Joint Venture, | : |
| PIDC Financial Corporation, | : |
| Pike Street LLC, | : |
| Rhawn Terrace 2002 LP, | : |
| Robert Court Associates, | : |
| Roosevelt Bowling Partners, | : |
| RSW Premier Holdings LLC, | : |
| S R Bainbridge ST, | : |
| Sansom Asset Management, | : |
| Schuylkill Park, SIDCO Associates, | : |
| Six Penn Center Associate, | : |
| Soskin Milton TR and Soskin Miriam | : |
| TR, SREP Regency Apts LP, | : |
| Station Realty Holdings LLC, | : |
| Stenton House Apt LP, | : |
| Transit Village Affordable, | : |
| IRS Univ. of Penn, | : |
| W & W Realty LLC, | : |
| Wadsworth Manor Partners, | : |
| Wallingford 2007 Associate, | : |
| Washington Service Corp, | : |
| Welsh 2007 Associates LP and | : |
| Longshore TSNY Associates, | : |
| William D. Staffieri, William Staffieri, | : |
| Windsor Associates Ltd., | : |
| Windsor Estates Apts LP, | : |
| Windsor Terrace Apts LP, | : |
| Winmont Apartment Partner, | : |
| Wood St. Assoc. LP, | : |
| WWW Premier Holdings LLC, | : |
| 1015 Chestnut Street Associates, LP, | : |
| 1220 Sansom Associates, | : |
| 1222 Arch Street Partners, L P, | : |
| 123-29 Chestnut Street Associates, | : |
| 1520 Locust Street Associates, L.P., | : |
| 1608 Walnut Street Associates, LP, | : |

18th & Sansom Street, L.P., :
19th & Sansom Corporation, :
2031 South Street Associates, L.P., :
2045 Associates, L.P., :
2114 Arch Street Associates, LP, :
2121 Market Street Associates, L.P., :
218 Arch Street Associates, L.P., :
2301 JFK Owner LP, :
2311 Spruce St Partners, :
235 S 15th Street Partners, :
23rd Street Garage VII, L.P., :
2663 Partners, L.P., :
312 Walnut Street Associates, L.P., :
600 North Broad Associates, LP., :
622 Owner L.P., :
625 Vernon Road, L.P., :
701 Sansom St Partners LP, :
822 Pine Street LLC, :
913 Wallace Street Associates, L.P., :
Alvin N. Shapiro, :
Carlyle 1612 South Street, L.P., :
CPI/APG Pepper Building Owner, :
L.L.C., Embassy Associates, :
Empire Building Partners, :
Executive House Investors, L.P., :
Fishers Crossing Realty L.P., et al., :
G2S2 Associates, L.P., :
JB Venture 4 LLC, KC House LLC, :
Knockwood Associates, L.P., :
L-A 1229 Chestnut Street, L.P., :
LA 1300 Chestnut Associates, L.P., :
Leelo Properties, :
Leroy E Kean Family Foundation, :
Leroy E Kean, et. al., :
Market Street Apartment Associates :
LLC, Midtown Associates, LP, :
Parkway Associates, PM Owner L.P., :
PMC 33 N 22nd Street Associates LP, :
SAB Holdings, L.P., et. al., :
Savoy Properties, Spruce 1530, LLC, :

Temple University, et. al.,                    :
USRE 339 S 13th LP,                            :
USRE 412 S 13th LP,                            :
Walnut Square Partners, Ltd.,                  :
Washington Square Partners, L.P.,              :
Wister Green Armstrong 525, LP,                :
                                               :
          v.                                   :          No. 824 C.D. 2018
                                               :
City of Philadelphia and the Board of          :
Revision of Taxes                              :
                                               :
Appeal of: Board of Revision of Taxes          :

Mifflin Street Associates, LP, LMM             :
Associates, 135 S. 18th St. Associates,        :
L.P., CLBW Associates, L.P., and               :
Highland Holmesburg Associates, L.P.           :
                                               :
          v.                                   :          No. 1145 C.D. 2018
                                               :
City of Philadelphia, and School               :
District of Philadelphia                       :
                                               :
Appeal of:  Board of Revision of               :
Taxes of the City of Philadelphia              :

# **O R D E R**

NOW, December 23, 2019, having considered Appellant's application

for reargument, and Appellees' answer in response thereto, the application is denied.

> MARY HANNAH LEAVITT,
> President Judge